| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

UNITED STATES OF AMERICA §
§
*versus* § CASE NO. 1:07-CR-63
§
ROBERT DANIEL DAVIS §

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Came on for consideration the report of the United States Magistrate Judge in the above-styled criminal action, this court having heretofore referred Defendant's Motion to Dismiss/Vacate for proper consideration. The court has received the report of the magistrate judge, who recommends denying Defendant's motion. On July 27, 2007, Defendant filed his objections to the report, reasserting the arguments contained in his Motion to Dismiss/Vacate.

The court, having made a *de novo* review of the objections raised by Defendant, is of the opinion that the objections are without merit. Therefore, the court hereby adopts the magistrate judge's report as the opinion of the court.

It is, therefore, **ORDERED** that Defendant's Motion to Dismiss/Vacate (#18) is **DENIED**.

SIGNED at Beaumont, Texas, this 8th day of August, 2007.

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE